UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Danville Materials, Inc., et al.

           Plaintiff(s),

v.

Buffalo Dental Manufacturing Company, Inc.

           Defendant(s).

No. C 5:08-CV-1794-PVT

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/23/08

Signature _____

Counsel for Danville Materials, Inc., (Plaintiff, Defendant, or indicate "pro se")
Successor-in-interest to Danville Manufacturing, Inc., d.b.a., Danville Engineering, a California corporation