1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **DANVILLE MATERIALS, INC., ET AL.,** | **C 08-1794 PVT** |
| **Plaintiff(s),** | |
| **vs.** | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT** |
| **BUFFALO DENTAL MANUFACTURING COMPANY, INC.,** | **TO A UNITED STATES DISTRICT JUDGE** |
| **Defendant(s).** | |

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

DATED: June 24, 2008

RICHARD WIEKING
Clerk of Court

/s/ Corinne Lew
_____
By: Corinne Lew
Deputy Clerk