RICHARD T. BOWLES (#046234)
LAWRENCE D. GOLDBERG (#168142)
WILLIAM T. NAGLE (#180162)
BOWLES & VERNA, LLP
2121 N. California Boulevard Suite 875
Walnut Creek, California 94596
TELEPHONE: (925) 935-3300
FACSIMILE: (925) 935-0371
lgoldberg@bowlesverna.com

Attorneys for Plaintiff
DANVILLE MATERIALS, INC.,
successor-in-interest to
DANVILLE MANUFACTURING, d.b.a.
DANVILLE ENGINEERING

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANVILLE MATERIALS, INC., successor-in-interest to DANVILLE MANUFACTURING, INC., d.b.a., Danville Engineering, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUFFALO DENTAL MANUFACTURING COMPANY, INC., a New York Corporation,<br><br>Defendant. | Case No.: 5:08-CV-1794-SI<br><br>**EX PARTE APPLICATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

Plaintiff Danville Materials, Inc., successor-in-interest to Danville Manufacturing, Inc., d.b.a., Danville Engineering, a California Corporation, hereby requests that the

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-1-

EX PARTE APPLICATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE

1  Case Management Conference set for August 1, 2008 at 2:00 p.m. be continued to
2  October 24, 2008 at 2:00 p.m. The reason for this request is that the parties have been
3  engaged in settlement discussions during the last two-three months. In light of those
4  discussions, Danville agreed to hold off on serving Buffalo and has not served Buffalo
5  to date.
6      The continuance of the Case Management Conference will ensure that Danville
7  can continue its settlement discussions and ultimately serve Buffalo, if the case does not
8  resolve.
9      Buffalo will in no way be prejudiced by this continuance as Danville will ensure
10 it has sufficient time to respond to the Complaint, if service is necessary. Danville
11 makes this request on an ex parte basis because Buffalo has not yet appeared and does
12 not have counsel admitted to this Court to sign a stipulation continuing the conference.
13 However, Buffalo did make it known to Danville's counsel that it would not object to a
14 continuance.
15 DATED: July 8, 2008

BOWLES & VERNA LLP

By _____
WILLIAM T. NAGLE
Attorneys for Plaintiff
DANVILLE MATERIALS, INC.,
successor-in-interest to DANVILLE
MANUFACTURING, D.B.A.
DANVILLE ENGINEERING

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-2-

EX PARTE APPLICATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE