RICHARD T. BOWLES (#046234)
LAWRENCE D. GOLDBERG (#168142)
WILLIAM T. NAGLE (#180162)
BOWLES & VERNA, LLP
2121 N. California Boulevard Suite 875
Walnut Creek, California 94596
TELEPHONE: (925) 935-3300
FACSIMILE: (925) 935-0371
lgoldberg@bowlesverna.com

Attorneys for Plaintiff
DANVILLE MATERIALS, INC.,
successor-in-interest to
DANVILLE MANUFACTURING, d.b.a.
DANVILLE ENGINEERING

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANVILLE MATERIALS, INC., successor-in-interest to DANVILLE MANUFACTURING, INC., d.b.a., Danville Engineering, a California Corporation,<br><br>     Plaintiff,<br><br>v.<br><br>BUFFALO DENTAL MANUFACTURING COMPANY, INC., a New York Corporation,<br><br>     Defendant. | Case No.: 5:08-CV-1794-SI<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

In accordance with plaintiff's Ex Parte Application to Continue the Case Management Conference and good cause otherwise appearing, it is hereby ORDERED

-1-

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

ORDER GRANTING EX PARTE APPLICATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE

-2-

1  that the Case Management Conference currently set for August 1, 2008, shall be and

2  hereby is continued to October 24, 2008 at 2:00 p.m.

3    IT IS SO <u>ORDERED</u>.

4  Dated: July ___, 2008

*[signature: Susan Illston]*

_____
The Honorable Susan Illston

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-2-

**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE**