1  RICHARD T. BOWLES (#046234)
2  LAWRENCE D. GOLDBERG (#168142)
   WILLIAM T. NAGLE (#180162)
3  BOWLES & VERNA, LLP
4  2121 N. California Boulevard Suite 875
   Walnut Creek, California 94596
5  TELEPHONE: (925) 935-3300
6  FACSIMILE: (925) 935-0371
   lgoldberg@bowlesverna.com
7
8  Attorneys for Plaintiff
   DANVILLE MATERIALS, INC.,
9  successor-in-interest to
10 DANVILLE MANUFACTURING, d.b.a.
   DANVILLE ENGINEERING
11

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANVILLE MATERIALS, INC., successor-in-interest to DANVILLE MANUFACTURING, INC., d.b.a., Danville Engineering, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUFFALO DENTAL MANUFACTURING COMPANY, INC., a New York Corporation,<br><br>Defendant. | Case No.: 5:08-CV-1794-SI<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

In accordance with plaintiff's Ex Parte Application to Continue the Case Management Conference and good cause otherwise appearing, it is hereby ORDERED

-1-

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

ORDER GRANTING EX PARTE APPLICATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE

1  that the Case Management Conference currently set for October 24, 2008, shall be and

2  hereby is continued to December 5, 2008 at 2:00 p.m.

3

4      IT IS SO <u>ORDERED</u>.

5  Dated: September __, 2008        9/15/08   Wm. Alsup for

6

7                                          The Honorable Susan Illston

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-2-

ORDER GRANTING EX PARTE APPLICATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE